IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| **APRIL GRIFFIN,** | ) | |
| | ) | 3:15-cv-00170-TCB-RGV |
| **Plaintiff,** | ) | |
| | ) | **Judge Batten** |
| v. | ) | **Magistrate Judge Vineyard** |
| | ) | |
| **EVANS LAW ASSOCIATES, P.C.,** | ) | |
| **d/b/a EVANS LAW OFFICES, P.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

NOW COMES the Plaintiff, APRIL GRIFFIN, by and through her attorneys, FORTAS LAW GROUP, LLC, and for her Motion for Entry of Judgment, Plaintiff states as follows:

1. On March 14, 2016, the parties having reached a settlement, Plaintiff filed a notice of settlement.

2. As part of the settlement Defendant agreed to sign an Affidavit for Confession of Judgment.

3. On March 22, 2106, Defendant and Jason Evans signed an Affidavit of Confession of Judgment. (See at true and exact copy of the executed Affidavit for Confession of Judgment attached hereto as **Exhibit A**)

1

4.     Plaintiff requests that this Court enter a Judgment against Jason Evans and Evans Law Associates, P.C. d/b/a Evans Law Offices, P.C., based on the attached affidavit.

WHEREFORE, Plaintiff, APRIL GRIFFIN, respectfully requests that this Honorable Court enter a Judgment Order against Jason Evans and Evans Law Associates, P.C. d/b/a Evans Law Offices, P.C., in the amount of $6,500.00.

                                                   Respectfully submitted,
                                                   **APRIL GRIFFIN**

                                        By:    s/ Scott Fortas
                                                  Attorney for Plaintiff

Dated: April 1, 2016

Scott Fortas (Bar No. 269980)
Fortas Law Group, LLC
1934-B N. Druid Hills Rd.
Atlanta GA 30319
Telephone:  (404) 315-9936
Facsimile:   (404) 636-5418
E-Mail:        sfortas@fortaslaw.com