# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| APRIL GRIFFIN, | ) | |
| | ) | 3:15-cv-00170-TCB-RGV |
| Plaintiff, | ) | |
| | ) | Judge Batten |
| v. | ) | Magistrate Judge Vineyard |
| | ) | |
| EVANS LAW ASSOCIATES, P.C., | ) | |
| d/b/a EVANS LAW OFFICES, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT FOR CONFESSION OF JUDGMENT

Jason J. Evans, being duly sworn, states as follows:

1. I am the Chief Executive Officer of Defendant in the above captioned matter.

2. Evans Law Associates, P.C., d/b/a Evans Law Offices, P.C., is a professional corporation in the City of Cheektowaga and State of New York.

3. I, Jason J. Evans, both individually and on behalf of Evans Law Associates, P.C., d/b/a Evans Law Offices, P.C., hereby confesses judgment in this Court in favor of the Plaintiff, April Griffin, and against Jason J. Evans and Evans Law Associates, P.C., d/b/a Evans Law Offices, P.C., jointly and severally, in the sum of six thousand five hundred ($6,500.00) Dollars, together with interest from the 21st day of March, 2016, plus costs and disbursements but less any payments made by Defendant up to and including the date of filing of the present Instrument with this Court and do hereby authorize the Plaintiff or her assigns to enter judgment against Jason J. Evans and Evans Law Associates, P.C., for said amount.

4. This confession of judgment is for a financial obligation justly due or to become due to the Plaintiff.

_____
Signature

Printed Name: Jason J. Evans

Date: 3/22/16

Sworn to before me this 22 day of March 2016

_____
NOTARY PUBLIC

Kristy M Heberling
Notary Public - State of New York
No 01HE6307571
Qualified in Erie County
My Commission Exp. 07/07/2018