IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| APRIL GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>EVANS LAW ASSOCIATES, P.C., d/b/a EVANS LAW OFFICES, P.C.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NUMBER 3:15-cv-170-TCB |

## **FINAL JUDGMENT**

The parties to this case have reached a settlement, and pursuant to Plaintiff's unopposed motion [5], final judgment is hereby entered against Defendant and Jason J. Evans, jointly and severally, in the amount of $6,500 plus interest from March 21, 2016, pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED this 13th day of April, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge